UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Flor Jimenez, | No. Case 2:21-cv-01133-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| Burberry Limited, et al., | |
| Defendants. | |

On August 31, 2021, Plaintiff Flor Jimenez filed a notice of the parties' settlement. ECF No. 7. The court vacated all deadlines and hearings and ordered the parties to file dispositional documents no later than September 20, 2021. ECF No. 8. On September 30, rather than filing dispositional documents, Jimenez filed a status report claiming the parties were "still in the process of finalizing a formal settlement agreement" and would file a "notice of dismissal with prejudice . . . upon execution of a formal settlement agreement." ECF No. 9. The parties have not filed any further reports or notices in the several weeks that followed.

The court interprets the status report as a request for an extension of the deadline to file dispositional documents and **grants** that request. Dispositional documents must be filed **no later than December 10, 2021**. No request to extend that deadline will be granted absent a showing of good cause. Failure to comply with this and any other court orders may result in sanctions, including monetary sanctions and dismissal.

1

1    IT IS SO ORDERED.

2    DATED: November 18, 2021.

3

_____
CHIEF UNITED STATES DISTRICT JUDGE